BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JACK B. HAYCOCK, IDAHO STATE BAR NO. 2942
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANNER MORGAN,<br><br>Defendant. | Case No. CR-19-272-E-BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 1001(a)(2) |

The Grand Jury charges:

### COUNT 1

**False Statement or Representation Made to an Agency**
**18 U.S.C. § 1001(a)(2)**

On or about May 21, 2019, in the District of Idaho, the defendant, TANNER MORGAN, did knowingly and intentionally make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Government of the United States, by stating to Deputy United States Marshal Ryan Weishaar, that a wanted individual was not located in the defendant's residence, which statement he knew to be false because the defendant

INDICTMENT - 1

knew that the wanted individual was then and there in the defendant's residence, in violation of Title 18, United States Code, Section 1001(a)(2).

Dated this 21st day of August, 2019.

A TRUE BILL

/s/ [signature on reverse]

---
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

/s/ Jack B. Haycock
JACK B. HAYCOCK
ASSISTANT UNITED STATES ATTORNEY